IH-32                                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Todd Young

| Plaintiff | Case Number |
|---|---|
| vs. | 18-CV-02705 |
| New York City Department of Education, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Jason Agosto

| Plaintiff | Case Number |
|---|---|
| vs. | 17-CV-09066-AKH |
| New York City Department of Education and Manuel Urena, Principal of the High School of Art and Design | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open          (If so, set forth procedural status and summarize any court rulings.)

The New York City Department of Education and Manuel Urena filed an Answer to the Complaint. The Honorable Alvin K. Hellerstein Ordered the Case be Withdrawn from Mediation.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The cases are related insofar as they involve NYCDOE teachers from the same school alleging discrimination against the same principal. Agosto is the chapter leader and Young is a teacher at the same school. We believe there is substantial factual overlap and overlap of some parties, transactions, and events.

Signature: _____   Date: 4/11/18

Firm: Glass Krakower LLP