

**ZACHARY W. CARTER**
*Corporation Counsel*

THE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Iván A. Méndez, Jr**
*Senior Counsel*
Labor & Employment Law Division
(212) 356-2450
imendez@law.nyc.gov

September 27, 2018

**By ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re:     **Todd Young v. NYC Department of Education, et al.,**
**Docket No. 18 Civ. 2705 (JMF)**

Dear Judge Furman:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write to inform the Court that this matter settled during the mediation held on September 25, 2018. The will execute the settlement papers and file a stipulation of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) on or before October 30, 2018.

Respectfully submitted,

/s/ Iván A. Méndez, Jr

Senior Counsel

c:     Bryan Glass, Esq. (by ECF),
Attorney for Plaintiff